IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

vs.                                                              CRIMINAL NO. 2:01-CR-20-KS-MTP

WILLIE RAY HUBBARD                                                              DEFENDANT

## ORDER ALLOWING REMISSION OF FINE

THIS CAUSE came on for consideration on United States' Motion for Remission of Fine [#81] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, the unpaid portion of the fine imposed on October 10, 2002, is hereby remitted.

SO ORDERED, this the   4th   day of   January  , 2017.

                                                       s/Keith Starrett
                                                    HONORABLE KEITH STARRETT
                                                    UNITED STATES DISTRICT JUDGE